265 So.2d 915

**Silas H. SCOGGINS, Jr.**

v.

**STATE.**

**8 Div. 271.**

Court of Criminal Appeals of Alabama.

Aug. 15, 1972.

No brief for appellant.

No brief for appellee.

CATES, Presiding Judge.

Assault with Intent to Rob: sentence five years on plea of guilty.

The record is devoid of any colloquy between the judge and the defendant to show compliance with Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274.

On authority of Honeycutt, 47 Ala.App. 640, 259 So.2d 846, and Walcott, 288 Ala. 546, 263 So.2d 178, the judgment below must be reversed and the cause remanded.

Reversed and remanded.

CATES, P. J., and ALMON, TYSON and HARRIS, JJ., concur.